UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JULIA WALDAL,<br><br>             Defendant. | Case No. 4:18-CR-00200-BLW<br><br>**REPORT AND<br>RECOMMENDATION** |

On October 24, 2018, Defendant Julie Waldal appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. (Dkt. 27.) The Defendant executed a waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-

**REPORT AND RECOMMENDATION - 1**

sentence investigation to be conducted and a report prepared by the United States

Probation Office.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1)      The District Court accept Defendant Julie Waldal's plea of guilty to Count

Five of the Indictment (Dkt. 1),

2)      The District Court order forfeiture consistent with Defendant Julie Waldal's

admission to the Criminal Forfeiture allegation in the Indictment. (Dkt. 1.)

3)      The District Court **GRANT**, at the appropriate time, the United States'

motion to dismiss Counts One through Four of the Indictment (Dkt.  1) as to Defendant.

Written objections to this Report and Recommendation must be filed within

fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

result of failing to do so, that party may waive the right to raise factual and/or legal

objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 25, 2018

Honorable Candy W. Dale
United States Magistrate Judge

**REPORT AND RECOMMENDATION - 2**